IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| COURTNEY MIXON, on behalf of Herself and all other similarly situated, | * * * |
| Plaintiff | * * |
| v. | * CA NO.: 4:20-CV-269-CDL * |
| NOVO FITNESS, INC., | * * |
| Defendant. | * |

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice ("Joint Motion"). Having reviewed the Motion and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

I. The Joint Motion is **GRANTED.**

**2.** The Court finds the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Joint Motion and corresponding attachments, are fair and reasonable under the circumstances, and the Settlement is hereby **APPROVED.**

3. The parties have stipulated to the dismissal of this case with prejudice prior to the filing of Defendant's Answer, and the cause is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreements.

**SO ORDERED** this 28th day of December, 2020.

S/Clay D. Land

The Honorable Clay D. Land
U.S. District Judge
Middle District of Georgia
Columbus Division